*1837.*

*Whittimore*
*v.*
*Whittimore.*

---

### WHITTIMORE *vs.* WHITTIMORE and others.

The court has no jurisdiction or power to authorize the taxation of extra counsel fees in partition suits beyond the amount allowed in the fee bill. And in drawing up the decree, no direction should be inserted therein for the allowance of such extra fees; as the taxing officer cannot legally allow them on taxation.

THIS was a suit for the partition of lands. And upon the making of the decree therein,

*September 5.*

*J. Rhoades,* for the complainant, stated that there had been extra trouble in conducting the suit for which the ordinary taxable fees to counsel would be an inadequate compensation; and that he was therefore instructed to ask for a provision to be inserted in the decree allowing reasonable counsel fees, in addition to the taxable costs in the suit.

The CHANCELLOR refused to allow a provision for such compensation to be inserted in the decree; saying, that the court had no jurisdiction or power to authorize the taxation in such a case of any greater amount for counsel fees than the allowance fixed by the legislature in the fee bill, and that the taxing officer could not legally be directed to allow any greater amount on taxation.